## ANN MORGAN *v.* MARC POULIN
### (10073)

FOTI, HEIMAN and FREEDMAN, Js.

Argued June 2—decision released June 30, 1992

*John F. Merchant,* for the appellant (defendant).

*Mary Ann Connors,* with whom, on the brief, was *Michael F. Ewing,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.